IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:16-CR-078-N |
| SANDRA VILLERS (01) | |

## GOVERNMENT'S RESPONSE TO THE PRESENTENCE REPORT

The United States has no objections to the presentence report dated September 12, 2016, and hereby adopts it.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/Brian D. Poe*
BRIAN D. POE
Assistant United States Attorney
State Bar No. 24056908
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Jeffrey C. Grass, counsel for the defendant and a copy to the U.S. Probation Office.

*/s/Brian D. Poe*
BRIAN D. POE
Assistant United States Attorney

**Government's Response to the Presentence Report**